UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MUHAMMED ZBEIDA TILLISY,<br><br>    Defendant. | Case No.  CR13-310RSL<br><br>ORDER GRANTING AGREED MOTION TO CONTINUE TRIAL DATE |

This matter comes before the Court on the parties' "Agreed Motion to Continue the Trial Date" (Dkt. # 25).  Having considered the facts set forth in the motion and the documents filed in support, defendant's knowing and voluntary waiver (Dkt. # 26), and remainder of the record, the Court finds as follows:

1. A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The ends of justice will be served by ordering a continuance in this case; a continuance is necessary to insure adequate time for defense negotiations and investigation, effective trial preparation, and an opportunity for defendant to benefit from these efforts; and these factors outweigh the best interests of the public and defendant in a more speedy trial, within the meaning of § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that the trial date shall be continued from December 2, 2013, to March 17, 2014.  The period of delay between December 2, 2013,

ORDER CONTINUING TRIAL DATE - 1

and March 17, 2014, is excluded for speedy trial purposes pursuant to § 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

Pretrial motions are to be filed no later than February 7, 2014.

DATED this 7th day of November, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER CONTINUING TRIAL DATE - 2