The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MUHAMMED ZBEIDA TILLISY, <br><br> Defendant. | No. CR13-0310 RSL <br><br> ORDER GRANTING AGREED MOTION TO CONTINUE TRIAL DATE |

This matter comes before the Court upon an agreed motion to continue the trial date (Dkt. # 28). Having reviewed the motion and supporting declaration, and the defendant's knowing and voluntary waiver (Dkt. # 29), the Court finds as follows:

1. That failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv); and

2. That the ends of justice will be served by ordering a continuance in the case, that a continuance is necessary to ensure effective trial preparation, and that these factors outweigh the best interests of the public in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

ORDER GRANTING AGREED MOTION TO
CONTINUE TRIAL DATE
(*Muhammed Tillisy*; No. CR13-0310 RSL) - 1

LAW OFFICE OF CHRISTOPHER BLACK, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401

IT IS THEREFORE ORDERED that:

The motions deadline and trial date in this matter are hereby continued. The motions deadline is continued to April 25, 2014. The trial date is continued to June 2, 2014. The period of time from the current trial date, March 17, 2014, to the new trial date, June 2, 2014, is excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

DATED THIS 3rd day of February, 2014.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING AGREED MOTION TO
CONTINUE TRIAL DATE
(*Muhammed Tillisy*; No. CR13-0310 RSL) - 2

LAW OFFICE OF CHRISTOPHER BLACK, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401