UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MUHAMMED ZBEIDA TILLISY,<br><br>Defendant. | No. CR13-310RSL<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE THE TRIAL DATE |

THE COURT, having considered the Government's unopposed motion, and defendant's knowing and voluntary speedy trial waiver, and the record as a whole, finds as follows:

1. Based upon the facts set forth in the unopposed motion, the Court finds that a failure to grant the continuance would deny counsel for the defense and the Government reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The ends of justice will be served by ordering a continuance in this case, as the need to ensure effective trial preparation outweighs the best interests of the public and the defendant in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO
CONTINUE THE TRIAL DATE
*U.S. v. TILLISY*, CR13-310RSL - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    IT IS THEREFORE ORDERED that the trial date is continued from June 2, 2014, to September 8, 2014.  Pretrial motions shall be filed by August 1, 2014.

IT IS FURTHER ORDERED that the period of time from the current trial date of June 2, 2014, up to and including the new trial date of September 8, 2014, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DATED this 1st day of May, 2014.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

Counsel for the United States:

JENNY A. DURKAN
United States Attorney

By:
s/*Ehren Reynods*
EHREN REYNOLDS
Assistant United States Attorney
United States Attorney's Office

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO
CONTINUE THE TRIAL DATE
*U.S. v. TILLISY*, CR13-310RSL - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970