Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MUHAMMED ZBEIDA TILLISY, <br><br> Defendant. | No. CR13-310RSL <br><br> ORDER TO COMPEL PSYCHIATRIC EXAMINATION OF DEFENDANT |

THE COURT, having considered the Government's unopposed motion, and the record as a whole, finds as follows:

1. Based upon the facts set forth in the unopposed motion, the Court finds that the defendant has submitted notice of his intent both to present an insanity defense and to introduce expert evidence relating to a mental disease or defect bearing on the issue of guilt, pursuant to Fed. R. Crim. P. 12.2(a) and (b).

2. The Court further finds that the Government has moved for an order compelling the defendant to submit to a psychiatric examination pursuant to Fed. R. Crim. P. 12.2(c)(1)(B) and 18 U.S.C. § 4242(a), and is in the process of retaining the services of Dr. Kenneth Muscatel, a psychiatric expert, for this purpose.

ORDER TO COMPEL PSYCHIATRIC EXAMINATION OF DEFENDANT
*U.S. v. TILLISY*, CR13-310RSL - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

IT IS THEREFORE ORDERED that the defendant shall submit to a psychiatric examination by the Government's expert witness, Dr. Kenneth Muscatel.

IT IS FURTHER ORDERED that the parties shall confer to schedule the examination promptly.

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 4242(a) and § 4247(c), that Dr. Muscatel shall prepare a report regarding his evaluation, which shall be filed with the court with copies provided to the counsel for the defendant and to the attorney for the Government, and that said report shall include:

(1) the defendant's history and present symptoms;

(2) a description of the psychiatric, psychological, and medical tests that were employed and their results;

(3) the examiner's findings; and

(4) the examiner's opinions as to diagnosis, prognosis, and whether defendant was insane at the time of the offense charged.

DATED this 4th day of June, 2014.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

Counsel for the United States:

JENNY A. DURKAN
United States Attorney

By:
s/*Ehren Reynolds*
EHREN REYNOLDS
Assistant United States Attorney
United States Attorney's Office

ORDER TO COMPEL PSYCHIATRIC EXAMINATION OF DEFENDANT
*U.S. v. TILLISY*, CR13-310RSL - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970