Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MUHAMMED ZBEIDA TILLISY,<br><br>Defendant. | No. CR13-310RSL<br><br>ORDER GRANTING UNOPPOSED MOTION TO AUTHORIZE DISCLOSURE OF PRE-SENTENCE REPORT |

THE COURT, having considered the Government's unopposed motion, and the record as a whole, finds as follows:

1. In the course of preparing a report in support of the defendant's insanity and diminished capacity defenses in the above-captioned matter, the defense expert, Dr. Stan Schiff, reviewed a pre-sentence report written in a prior case involving the defendant, *United States v. Muhammed Tillisy*, CR09-269MJP. The pre-sentence report was prepared on March 5, 2010, in anticipation of a sentencing to be held on April 9, 2010.

ORDER GRANTING UNOPPOSED MOTION TO AUTHORIZE
DISCLOSURE OF PRE-SENTENCE REPORT
*U.S. v. TILLISY*, CR13-310RSL - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

2. The fairness and efficiency of the examination process will be promoted by authorizing disclosure of this same report to Dr. Kenneth Muscatel, the expert hired by the Government to examine the defendant pursuant to 18 U.S.C. § 4242(a).

IT IS THEREFORE ORDERED that the above-referenced pre-sentence report be furnished by the Government to Dr. Muscatel.

IT IS FURTHER ORDERED that disclosure of said pre-sentence report to Dr. Muscatel be for the limited purpose of preparing a report of Dr. Muscatel's psychological findings in this case.

DATED this 15th day of July, 2014.

Robert S. Lasnik
United States District Judge

Presented by:

Counsel for the United States:

JENNY A. DURKAN
United States Attorney

By:
s/*Ehren Reynolds*
EHREN REYNOLDS
Assistant United States Attorney
United States Attorney's Office

ORDER GRANTING UNOPPOSED MOTION TO AUTHORIZE
DISCLOSURE OF PRE-SENTENCE REPORT
U.S. v. TILLISY, CR13-310RSL - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970