The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MUHAMMED ZBEIDA TILLISY,<br><br>　　　　　Defendant. | No. CR13-0310 RSL<br><br>ORDER GRANTING MOTION TO CONTINUE TRIAL DATE |

This matter comes before the Court upon Defendant's motion to continue the trial date. Dkt. # 40.  The government does not oppose Defendant's motion, but notes that it will likely oppose any future requests for a continuance.  Dkt. # 44.  Having reviewed Defendant's motion, Defendant's knowing and voluntary waiver, the government's response to Defendant's motion and supporting documents, and the remainder of the record, the Court finds as follows:

1. That failure to grant a continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv); and

2. That the ends of justice will be served by ordering a continuance in the case, that a continuance is necessary to ensure effective trial preparation, and that these factors

ORDER GRANTING MOTION TO CONTINUE
TRIAL DATE
(*Muhammed Tillisy*; No. CR13-0310 RSL) - 1

Law Office of Christopher Black, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401

outweigh the best interests of the public in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that:

The motions deadline and trial date in this matter are hereby continued.  The trial date is hereby continued to January 20, 2015.  The pre-trial motions deadline is continued to December 5, 2014.  The period of time from the current trial date, September 8, 2014, to the new trial date, January 20, 2015, is excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

DATED THIS 13th day of August, 2014.

Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO CONTINUE TRIAL DATE
(*Muhammed Tillisy*; No. CR13-0310 RSL) - 2

LAW OFFICE OF CHRISTOPHER BLACK, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401