The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MUHAMMED ZBEIDA TILLISY,<br><br>Defendant. | No. CR13-0310 RSL<br><br>ORDER CONTINUING MOTIONS DEADLINE AND TRIAL DATE |

THIS MATTER comes before the Court upon the parties' stipulation to continue the trial date in this matter.  Having considered the entirety of the records and file herein, and based on the facts set forth in the stipulation of the parties, the Court finds as follows:

1. That failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv);

2. That the case is complex due to the nature of the prosecution such that it is unreasonable to expect adequate preparation within the time limits specified within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii);

ORDER CONTINUING MOTIONS DEADLINE AND TRIAL DATE
(*Muhammed Tillisy*; No. CR13-0310 RSL) - 1

LAW OFFICE OF CHRISTOPHER BLACK, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401

3. That failure to grant such a continuance in the proceeding would be likely to make a continuation of such proceeding impossible and result in a miscarriage of justice; and

4. That the ends of justice will be served by ordering a continuance in the case, that a continuance is necessary to ensure effective trial preparation, and that these factors outweigh the best interests of the public in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

THEREFORE, the Court rules as follows:

GOOD CAUSE HAVING BEEN SHOWN, the motions deadline and trial date in this matter are hereby continued. The motions deadline is reset to April 17, 2015. The trial date is reset to May 18, 2015. The period of time from the current trial date, January 20, 2015, to the new trial date is excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

DONE THIS 3rd day of February, 2015.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER CONTINUING MOTIONS DEADLINE AND TRIAL DATE
(*Muhammed Tillisy*; No. CR13-0310 RSL) - 2

LAW OFFICE OF CHRISTOPHER BLACK, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401

1

2  Respectfully submitted,

3  LAW OFFICE OF CHRISTOPHER BLACK, PLLC

4

5  s/ Christopher Black
   Christopher Black
6  Attorney for Muhammed Tillisy
   Law Office of Christopher Black, PLLC
7  1111 Hoge Building
   705 Second Avenue
8  Seattle, WA  98104
9  Phone:         206.623.1604
   Fax:           206.658.2401
10 Email:         crb@crblack.com

11

12 s/ Jim Oesterle
   Jim Oesterle
13 Assistant United States Attorney

14

15 s/ Rebecca Cohen
   Rebecca Cohen
16 Assistant United States Attorney

17

18

19

20

21

22

23

24

25

ORDER CONTINUING MOTIONS DEADLINE AND TRIAL DATE
(*Muhammed Tillisy*; No. CR13-0310 RSL) - 3

LAW OFFICE OF CHRISTOPHER BLACK, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA 98104
206.623.1604 | Fax:  206.658.2401