The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MUHAMMED ZBEIDA TILLISY,<br><br>Defendant. | No. CR13-0310 RSL<br><br>ORDER GRANTING MOTION TO CONTINUE TRIAL DATE |

This matter comes before the Court upon defendant's unopposed motion to continue the trial date in this case.  Having reviewed defendant's speedy trial waiver and the materials submitted in support of the motion, and having considered the balance of the record, the Court finds as follows:

1. That failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv); and

2. That the ends of justice will be served by ordering a continuance in the case, that a continuance is necessary to ensure effective trial preparation, and that these factors outweigh the best interests of the public and defendant in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

ORDER GRANTING MOTION TO CONTINUE
TRIAL DATE
(*Muhammed Tillisy*; No. CR13-0310 RSL) - 1

LAW OFFICE OF CHRISTOPHER BLACK, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401

IT IS THEREFORE ORDERED that:

The trial date is reset to June 29, 2015.  The period of time from the current trial date, May 18, 2015, to the new trial date is excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

DATED THIS 12th day of May, 2015.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

LAW OFFICE OF CHRISTOPHER BLACK, PLLC

s/ Christopher Black
Christopher Black
Attorney for Muhammed Zbeida Tillisy
Law Office of Christopher Black, PLLC
1111 Hoge Building
705 Second Avenue
Seattle, WA  98104
Phone:          206.623.1604
Fax:             206.658.2401
Email:          crb@crblack.com

ORDER GRANTING MOTION TO CONTINUE TRIAL DATE
(*Muhammed Tillisy*; No. CR13-0310 RSL) - 2

LAW OFFICE OF CHRISTOPHER BLACK, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401