UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>  v.<br><br>MUHAMMED ZBEIDA TILLISY,<br><br>                  Defendant. | Case No. CR13-310 MLP-RSL<br><br>MINUTE ORDER |

Defendant is currently a prisoner in the custody of the State of Washington. Defendant previously submitted a motion for appointment of counsel to help determine the viability of his claim for a reduction in his federal sentence pursuant to the First Step Act, 18 U.S.C. § 3582. (Dkt. # 227.) The Court granted, in part, and denied, in part, Defendant's motion. (Dkt. # 229.) Specifically, the Court found that appointment of counsel may be warranted, but that the Court had insufficient information to determine whether in the interests of justice, appointment of counsel was required. The Court referred the matter to the Office of the Federal Public Defender for review.

The Court has been advised by the Office of the Federal Public Defender that Defendant currently has an attorney assisting him in the Washington state court with issues related to his

MINUTE ORDER - 1

health and confinement. Accordingly, appointment of counsel by the Office of the Federal Public Defender is unwarranted at this time. Defendant may renew his motion once he enters federal custody or if other reasons justify seeking appointment of counsel before he enters federal custody. The Clerk is directed to send copies of this order to the parties and to the Honorable Robert S. Lasnik.

Dated this 23rd day of February, 2021.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

MINUTE ORDER - 2