UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MUHAMMED ZBEIDA TILLISY,<br><br>　　　　　　Defendant. | NO. CR13-310RSL<br><br>ORDER ON MOTION TO FILE VIA ECF |

　　This matter comes before the Court on Defendant's Motion for Permission to File via the Court's Electronic Case Filing (ECF) System. (Dkt. No. 233.) Defendant seeks permission to file motions using the Court's ECF System as an accommodation for his limited eyesight. To accommodate Defendant's impairment, the Court finds good cause to permit Defendant to file materials in the above-captioned case using ECF. The Court therefore GRANTS the Motion.

　　Dated this 16th day of September, 2021.

　　　　　　　　　　　　　　　　　*/s/ Robert S. Lasnik*
　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　United States District Judge